JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTER BAILEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LA CHUPERIA, THE TORTA SPOT, INC.; ILHAM HEATHER AL SARRAF; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No. CV 20-10787 AB (PDx)<br><br>ORDER DISMISSING CIVIL ACTION |

　　Counsel has advised the Court that this action has been settled.

　　IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  March 8, 2021

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.