SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
MISTER BAILEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTER BAILEY,<br><br>           Plaintiff,<br><br>     vs.<br><br>LA CHUPERIA, THE TORTA SPOT, INC.; ILHAM HEATHER AL SARRAF; and DOES 1 to 10,<br><br>           Defendants. | **Case No.: 2:20-cv-10787 AB (PDx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT LA CHUPERIA, THE TORTA SPOT, INC.** |

**PLEASE TAKE NOTICE** that Plaintiff MISTER BAILEY ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant LA CHUPERIA, THE TORTA SPOT, INC. ("Defendant") *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

   (1)   *Without a Court Order.*  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed without an Order of the Court.

DATED: March 12, 2021          SO. CAL. EQUAL ACCESS GROUP

By: ___/s/ Jason J. Kim___
     Jason J. Kim
     Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**